*In re* ARLENE ZAMBRANA ORTIZ.

*Número:* AB-2014-0101     *Resuelto:* 27 de mayo de 2016

*Manuel E. Ávila de Jesús*, director de la Oficina de Inspección de Notarías, en informe; *Virgilio Mainardi Peralta* y *José Ángel Rivera-Rodríguez*, abogados de Arlene Zambrana Ortiz.

## RESOLUCIÓN

Atendidos el Informe del Director de la Oficina de Inspección de Notarías y la reacción de la Lcda. Arlene Zambrana Ortiz, *se suspende inmediata e indefinidamente a la licenciada Zambrana Ortiz del ejercicio de la notaría.*

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial de la abogada suspendida y los entregará al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Se refiere este asunto a la Procuradora General para la investigación e informe correspondientes. Para ello tendrá un plazo de treinta días a partir de la notificación de esta Resolución.

*Notifíquese personalmente.*

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*